### 10149.   DAVIS *v.* THE STATE.

LUKE, J. In an application for a change of venue, "where the evidence is conflicting upon the issue as to whether or not under the petition such a case is made as requires the judge to grant the motion, the judge hearing the same passes upon the issues that are to be determined upon evidence, . . ` and his finding and judgment upon the same is final and controlling, unless manifestly erroneous." *Wilburn*

v. *State*, 140 *Ga.* 138, 141 (78 S. E. 819). See also Park's Ann. Penal Code, § 964; *Coleman* v. *State*, 141 *Ga.* 737 (82 S. E. 227); *Bivins* v. *State*, 145 *Ga.* 416 (89 S. E. 370); *Marshall* v. *State*, 20 *Ga. App.* 416, 426, 427 (93 S. E. 98). In the present case the· evidence before the judge of the superior court was conflicting, and it can not be said that it was manifestly erroneous to refuse to grant a change of venue.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JANUARY 14, 1919.

Indictment for murder—petition for change of venue; from Burke superior court—Judge Henry C. Hammond. October 3, 1918.

*E. K. Overstreet, E. V. Heath, Joseph Law, Archibald Black-shear, C. H. & R. S. Cohen,* for plaintiff in error.

*A. L. Franklin,* solicitor-general, *W. H. Davis, H. J. Fullbright,* contra.